| UNITED STATES BANKRUPTCY COURT<br>District of <u>Delaware</u> | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**MIG, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**MIG, Inc. and Metromedia International Group, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **98-0685301** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**5960 Fairview Road, Suite 400**<br>**Charlotte, NC**<br>ZIP CODE **28210** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: **Mecklenburg County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [ ] 1-49 | [ ] 50-99 | [ ] 100-199 | [x] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [x] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [x] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): MIG, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: Delaware | Case Number:<br>09-12118 (KG) | Date Filed:<br>June 18, 2009 |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>ITC Cellular, LLC | Case Number:<br>TBD | Date Filed:<br>June 30, 2014 |
| District:<br>Delaware | Relationship:<br>Subsidiary | Judge:<br>TBD |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): MIG, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *[signature]*
  Signature of Attorney for Debtor(s)
  Dennis A. Meloro
  Printed Name of Attorney for Debtor(s)
  Greenberg Traurig, LLP
  Firm Name
  The Nemours Building,
  1007 North Orange Street, Suite 1200
  Wilmington, DE 19801
  Address
  (302) 661-7000
  Telephone Number
  June 30, 2014
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
  Signature of Authorized Individual
  Natalia Alexeeva
  Printed Name of Authorized Individual
  Chief Restructuring Officer
  Title of Authorized Individual
  June 30, 2014
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
  Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF MANAGERS
## OF
## MIG, LLC

Pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act, 6 Del. C. §§ 18-101 et seq. (the "Act"), and Section 3.1(g) of the Limited Liability Company Agreement of MIG, LLC, made and entered into as of December 30, 2010 (the "MIG LLC Agreement"), the undersigned, being all of the Managers (as defined in the MIG LLC Agreement and hereinafter referred to as the "Managers") and constituting the Board (as defined in the MIG LLC Agreement and hereinafter referred to as the "Board"), of MIG, LLC, a Delaware limited liability company (the "Company"), DO HEREBY CONSENT TO and DO HEREBY ADOPT the following resolutions by written consent without a meeting.

WHEREAS, the Company is the sole member of ITC Cellular, LLC, a Delaware limited liability company ("ITC Cellular"), and, pursuant to Section 7.1 of the Limited Liability Company Agreement of ITC Cellular, entered into as of February 1, 2005, as amended by Amendment 1 to the Limited Liability Company Agreement of ITC Cellular, entered into as of September 9, 2005, and as amended by Amendment 2 to the Limited Liability Company Agreement of ITC Cellular, dated December 9, 2010 (as so amended, the "ITC Cellular LLC Agreement"), manages the business and affairs of ITC Cellular;

WHEREAS, ITC Cellular owns 46% of the limited liability company interest in International Telcell Cellular, LLC, a Delaware limited liability company ("International Telcell"), pursuant to the Second Amended and Restated Limited Liability Company Agreement of International Telcell adopted and entered into as of January 15, 2009 (the "International Telcell LLC Agreement");

WHEREAS, the limited liability company interest in ITC Cellular owned by the Company (and therefore the indirect interest of the Company in International Telcell) constitutes the Company's primary asset;

WHEREAS, Section 2.7(c) of the International Telcell LLC Agreement contemplates that dividends received by International Telcell from its Subsidiaries (as defined in the International Telcell LLC Agreement) will be distributed to the members of International Telcell (including ITC Cellular) in accordance with their Membership Interests (as defined in the International Telcell LLC Agreement);

WHEREAS, the Board has considered the inability of the Company to continue servicing the Senior Secured Cash/PIK Notes due 2016 (the "Notes") issued pursuant to the Indenture, dated as of December 31, 2010, among the Company, as issuer, ITC Cellular, as co-obligor, and The Bank of New York Mellon, as trustee, collateral agent, registrar and paying agent and accounts bank with respect to the Notes Payments Account (as defined therein) (the

"Indenture"), and to make the required June 2014 cash interest payment on the Notes;

WHEREAS, the Board has consulted with the management and the advisors of the Company regarding the alternatives available to the Company and ITC Cellular; and

WHEREAS, that in the judgment of the Board, in the event that a distribution is not received by ITC Cellular and/or the Company, on account of ITC Cellular's 46% interest in International Telcell in an amount sufficient to make the cash component of the interest payment due under the Notes on or before June 30, 2014 (the "Required Distribution"), it is desirable and in the best interests of the Company and ITC Cellular, their respective creditors and their respective member that the Company and ITC Cellular file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED, that filing or causing of the filing of voluntary petitions for relief under the provisions of chapter 11 of the Bankruptcy Code by the Company and ITC Cellular upon the failure of ITC Cellular and/or the Company to receive the Required Distribution be, and each hereby is, authorized, approved and adopted by the Company, for itself and for ITC Cellular in the Company's capacity as the sole member of ITC Cellular; and be it

FURTHER RESOLVED, that the execution and filing, for, in the name of and on behalf of the Company and ITC Cellular, by the Chief Restructuring Officer of the Company, Natalia Alexeeva (the "CRO"), of all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence a case under the provisions of chapter 11 of the Bankruptcy Code and obtain relief under chapter 11 of the Bankruptcy Code, in each case, with respect to the Company and ITC Cellular, and to take any and all further actions that the CRO deems necessary, proper and desirable in connection with the aforesaid chapter 11 cases with a view to the successful prosecution of such cases, the executing and filing of and the taking of such further action(s) to be conclusive evidence of the authorization thereof, upon the failure of ITC Cellular and/or the Company to receive the Required Distribution be, and each hereby is, authorized, approved and adopted by the Company, for itself and for ITC Cellular in the Company's capacity as the sole member of ITC Cellular; and be it

FURTHER RESOLVED, that the retention and employment of Greenberg Traurig, LLP, as general bankruptcy counsel, to represent and assist the Company and ITC Cellular in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and ITC Cellular's rights and obligations, including, without limitation, filing any pleadings, and the execution, delivery and performance of appropriate retention

agreement(s), the payment of appropriate retainer(s) prior to the filing of the chapter 11 cases and the filing of appropriate application(s) for authority to retain the services of Greenberg Traurig, LLP, for, in the name of and on behalf of the Company and ITC Cellular be, and each hereby is, authorized, approved and adopted by the Company, for itself and for ITC Cellular in the Company's capacity as the sole member of ITC Cellular; and be it

FURTHER RESOLVED, that the retention and employment of Rothschild Inc., as financial advisor and investment banker, to assist the Company and ITC Cellular in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and ITC Cellular's rights and obligations, including, without limitation, filing any pleadings, and the execution, delivery and performance of appropriate retention agreement(s), the payment of appropriate retainer(s) prior to the filing of the chapter 11 cases and the filing of an appropriate application(s) for authority to retain the services of Rothschild Inc., for, in the name of and on behalf of the Company and ITC Cellular be, and each hereby is, authorized, approved and adopted by the Company, for itself and for ITC Cellular in the Company's capacity as the sole member of ITC Cellular; and be it

FURTHER RESOLVED, that the retention and employment of Prime Clerk LLC, as claims and noticing agent, to assist the Company and ITC Cellular in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and ITC Cellular's rights and obligations, and the execution, delivery and performance of appropriate retention agreement(s), the payment of appropriate retainer(s) prior to the filing of the chapter 11 cases and the filing of an appropriate application(s) for authority to retain the services of Prime Clerk LLC, for, in the name of and on behalf of the Company and ITC Cellular be, and each hereby is, authorized, approved and adopted by the Company, for itself and for ITC Cellular in the Company's capacity as the sole member of ITC Cellular; and be it

FURTHER RESOLVED, that retention and employment of any other professionals to assist the Company and ITC Cellular in carrying out their duties under the Bankruptcy Code, and to take any and all other actions to advance the Company's and ITC Cellular's rights and obligations, and the execution, delivery and performance of appropriate retention agreement(s), the payment of appropriate retainer(s) prior to the filing of the chapter 11 cases and the filing of an appropriate application(s) for authority to retain the services of such other professionals, in each case, as CRO deems necessary, proper and desirable, the retention and employment and the execution, delivery and performance of retention agreement(s), the payment of appropriate retainer(s) and the filing of appropriate application(s) to be conclusive evidence of the authorization thereof, be, and each hereby is, authorized, approved and adopted by the Company, for itself and for ITC Cellular in the Company's capacity as the sole member of ITC Cellular; and be it

FURTHER RESOLVED, that the CRO be, and hereby is, authorized, empowered and directed, for, in the name of and on behalf of the Company and ITC Cellular, by the Company, for itself and in the Company's capacity as the sole member of ITC Cellular, to execute, deliver and perform under the aforesaid retention agreements, to pay such retainers, and make such filings; and be it

FURTHER RESOLVED, that any and all actions previously taken or to be taken by the member of the Company or ITC Cellular, the Board, the Managers or the CRO, or any of them, with respect to and in contemplation of, the actions authorized by any of the foregoing resolutions, for, in the name of and on behalf of the Company and/or ITC Cellular, be, and each hereby is, authorized, approved, ratified and confirmed by the Company, for itself and for ITC Cellular in the Company's capacity as the sole member of ITC Cellular; and be it

FURTHER RESOLVED, that the CRO is hereby directed to file a copy of this Consent with the minutes of the proceedings of the Company and ITC Cellular and this Consent shall for all purposes be treated as action taken and vote adopted at a duly called, noticed and held meeting of the Board; and be it

FURTHER RESOLVED, this Consent may be executed in one or more counterparts and facsimile signatures shall constitute original signatures for all purposes of this Consent and these resolutions.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned have executed this Consent the 20 day of June, 2014.

_____
Andrew Bradshaw

_____
Edward Spencer Churchill

_____
Peter Nagle

_____
Paul Blyumkin

_____
John Gripton

_____
Julian Bourne

_____
Enrico DiGirolamo

NY 243815518v3

IN WITNESS WHEREOF, the undersigned have executed this Consent the 20th day of June, 2014.

_____
Andrew Bradshaw

_____
Edward Spencer Churchill

_____
Peter Nagle

_____
Paul Blyumkin

_____
John Gripton

_____
Julian Bourne

_____
Enrico DiGirolamo

IN WITNESS WHEREOF, the undersigned have executed this Consent the 20th day of June, 2014.

_____
Andrew Bradshaw

_____
Edward Spencer Churchill

_____
Peter Nagle

_____
Paul Blyumkin

_____
John Gripton

*/s/ Julian Bourne*
_____
Julian Bourne

_____
Enrico DiGirolamo

\* Abstain from Rothschild appointment \*

*/s/*

   IN WITNESS WHEREOF, the undersigned have executed this Consent the 20th day of June, 2014.

_____
Andrew Bradshaw

_____
Edward Spencer Churchill

_____
Peter Nagle

_____
Paul Blyumkin

_____
John Gripton

_____
Julian Bourne

_____
Enrico DiGirolamo

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| MIG, LLC | Case No. _____ ( ) |
| Debtor. | |

## LIST OF CREDITORS
## HOLDING UNSECURED CLAIMS

Following is the list of the above-captioned Debtor's creditors holding the largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors. The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtor. The information contained herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

| | (1) Name of creditor | (2) Name, telephone number and complete mailing address, including zip code, of employee agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government, contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (if secured, the value of security) |
|---|---|---|---|---|---|
| 1. | Betty Grey | 3200 Loch Ness Drive Lexington, KY, 405517 | WORKERS' COMPENSATION SETTLEMENT | U | $37,000.00 |
| 2. | Lawrence Klamon | 2665 Dellwood Drive Atlanta, GA  30305 | SUPPLEMENTAL EXECUTIVE RETIREE PLAN | U | $14,922.31/month |
| 3. | Ohio Bureau of Workers' Compensation | 30 W. Spring St. Columbus, OH 43215-2256 | WORKERS' COMPENSATION | U | $4,000.00 |

1

| | (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government, contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (if secured, the value of security) |
|---|---|---|---|---|---|
| 4. | Iron Mountain | P.O. Box 27129<br>New York, NY 10087-7129<br><br>And<br><br>P.O. Box 915004<br>Dallas, TX 75391-5004 | DOCUMENT STORAGE | | $3,937.76 |
| 5. | John D Phillips | 4230 Glen Devon Drive<br>Atlanta, GA  30327 | SUPPLEMENTAL EXECUTIVE RETIREE PLAN | U | $2,004.97/month |
| 6. | Centers for Medicare and Medicaid Services | P.O. Box 138832<br>Oklahoma City, OK 73113 | WORKERS' COMPENSATION | D | $1,000.00 |
| 7. | Dooley Culbertson | 6 Norriego Road<br>Destin, FL  32541 | SUPPLEMENTAL EXECUTIVE RETIREE PLAN | U | $810.25/month |
| 8. | Walter Grant | 23 Rose Gate Drive<br>Atlanta, GA  30342 | SUPPLEMENTAL EXECUTIVE RETIREE PLAN | U | $694.57/month |
| 9. | John Bartels | 4757 Riverview Road<br>Atlanta, GA  30327 | SUPPLEMENTAL EXECUTIVE RETIREE PLAN | U | $4,340.25/month |
| 10. | Victor Goetz | 1339 Paces Forest Drive<br>Atlanta, GA  30327 | SUPPLEMENTAL EXECUTIVE RETIREE PLAN | U | $211.66/month beginning June 1, 2017 |
| 11. | Paul Kiel | 321 Spring Willow Drive<br>Sugar Hill, GA  30518 | SUPPLEMENTAL EXECUTIVE RETIREE PLAN | U | $200.92/month |
| 12. | John Egan | 20100 Seagrove Street, Unit 2208<br>Estero, FL  33928 | SUPPLEMENTAL EXECUTIVE RETIREE PLAN | U | $200.00/month |
| 13. | Edward Granville | 352 Sandy Springs Circle<br>Atlanta, GA 30328 | WORKERS' COMPENSATION CLAIM | U | unknown |

NY 243830831v3

|     | (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government, contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (if secured, the value of security) |
|---|---|---|---|---|---|
| 14. | Betty Timms | 69 W East Grand Ave,<br>St Louis, MO 63147<br><br>And<br><br>Colleen Gallo<br>Account Executive - Client Services - Specialty Unit<br>Broadspire<br>1900 East Golf Road<br>Schaumburg IL 60173 | WORKERS' COMPENSATION CLAIM | U | unknown |
| 15. | Fred Trombley | 501 Bradford St,<br>Albany, NY 12206<br><br>And<br><br>Colleen Gallo<br>Account Executive - Client Services - Specialty Unit<br>Broadspire<br>1900 East Golf Road<br>Schaumburg IL 60173 | WORKERS' COMPENSATION CLAIM | U | unknown |

NY 243830831v3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MIG, LLC,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 14-_____ ( )<br><br>(Joint Administration Requested) |

## CERTIFICATION CONCERNING LIST OF
## CREDITORS HOLDING UNSECURED CLAIMS

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby certifies under penalty of perjury that the *List of Creditors Holding the Unsecured Claims* (the "*Unsecured Creditor List*"), submitted herewith, is complete, and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records, exclusive of any deficiency claim which may be held by The Bank of New York, Mellon, pursuant to the Indenture, dated December 31, 2010, among MIG, LLC, as Issuer and ITC Cellular LLC, as Co-Obligor and The Bank of New York, Mellon, as Trustee, Collateral Agent, Registrar, Paying Agent and Note Accounts Bank, for the Senior Secured Cash/PIK Notes due 2016..

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Unsecured Creditor List have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30 day of June, 2014.

Signature: _____
By: Natalia Alexeeva
Title: Chief Restructuring Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, LLC, | Case No. 14-_____ (   ) |
| Debtor. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

| Name | Address | % Equity Interest |
|---|---|---|
| CaucusCom Ventures L.P. | c/o Salford Partners, Inc.<br>78 Pall Mall<br>London SW1Y 5ES<br>England<br>and<br>Sun Capital Partners, Ltd.<br>54 Baker Street<br>London W1I 7BU<br>England | 100% common shares |

[The remainder of this page is intentionally blank.]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, LLC, | Case No. 14-_____ (  ) |
| Debtor. | (Joint Administration Requested) |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

The above-captioned case debtor and debtor-in-possession (the "**Debtor**") hereby certifies under penalty of perjury that the list submitted herewith, pursuant to Local Rule 1007-1(a) of the Bankruptcy Court for the District of Delaware, containing the *List of Security Equity Holders* of the Debtor for the LLC membership interests only, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30 day of June, 2014.

Signature: _____
By: Natalia Alexeeva
Title: Chief Restructuring Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MIG, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-_____ ( )<br><br>(Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| CaucusCom Ventures L.P. | 100% membership interests in MIG LLC |
| Caucus Carry Management LP | Interests in CaucusCom Ventures L.P. |
| Caucus Telecom Management Ltd. | Interests in Caucus Carry Management LP |
| Yola Investments S.a.r.l. | Interests in Caucus Carry Management LP and CaucusCom Ventures L.P. |
| Gtel L.P. | Interests in Caucus Carry Management LP and CaucusCom Ventures L.P. |
| Shenton Park Company Inc. | Interests in CaucusCom Ventures L.P. |
| Salford Capital Partners | Interests in Gtel L.P. |
| Sun Capital Partners (UK) | Interests in Yola Investments S.a.r.l |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of the MIG, LLC, the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my, information and belief.

Executed this 30 day of June, 2014.

Signature: _____
By: Natalia Alexeeva
Title: Chief Restructuring Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, LLC, | Case No. 14-_____ ( ) |
| Debtor. | (Joint Administration Requested) |

## CERTIFICATION CONCERNING LIST OF ALL CREDITORS

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby certifies under penalty of perjury that the *List of All Creditors*, submitted herewith, pursuant to Local Rule 1007-1(a) of the Local rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the consolidated list of creditors of the Debtors, is complete and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of All Creditors* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30 day of June, 2014.

Signature: _____
By: Natalia Alexeeva
Title: Chief Restructuring Officer