# EXHIBIT A

## MIG Org Chart as of October 1, 2012

