**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 14-11605 (KG) |
| MIG LLC, et al., | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors | : | CREDITORS |
| -------------------------------------------------------- | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Walter M. Grant**, 605 Townsend Place, Atlanta, GA 30327

2. **Paul N. Kiel**, 321 Spring Willow Drive, Sugar Hill, GA 30518

3. **Lawrence P. Klamon**, 2665 Dellwood Drive, Atlanta, GA 30305 (contact person for Committee)

ROBERTA A. DeANGELIS
United States Trustee, Region 3


/s/ Jane M. Leamy, for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: July 21, 2014

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's counsel:  Dennis Meloro, Esquire, Phone: (302) 661-7395, Fax: (302) 661-7165