IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MIG LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-11605 (KG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

Henry F. Sewell, Jr., Esquire
**McKENNA LONG & ALDRIDGE LLP**
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
hsewell@mckennalong.com

J. Kate Stickles, Esquire
**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile

---

[1] The Debtors in these chapter 11 cases, along with the last (4) digits of each Debtor's federal tax identification number, are: MIG, LLC (5301); and ITC Cellular, LLC (4611).

transmission or otherwise, that affect or seek to affect in any way any rights or interests the Debtors or property of the Debtors, or proceeds thereof, in which the Debtors may claim an interest.

PLEASE TAKE FURTHER NOTICE that the Committee intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the Committee expressly reserves.

Dated: July 21, 2014
      Wilmington, Delaware

Henry F. Sewell, Jr.
**McKENNA LONG & ALDRIDGE LLP**
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
hsewell@mckennalong.com

- and -

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**

_____
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
preilley@coleschotz.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of MIG, LLC*

ATLANTA 5579185.1