IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, LLC and ITC Cellular, LLC,[1] | Case No. 14-11605 (KG) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 107 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS ORDERED that the following omnibus hearing date has been scheduled in the above referenced matter:

**DATE**  
September 17, 2014

**TIME**  
3:00 p.m.

Dated: Wilmington, Delaware
       August 13, 2014

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: MIG, LLC. (5301) and ITC Cellular, LLC (4611).

DEL 86497540v1