**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, LLC and ITC Cellular, LLC,[1] | Case No. 14-11605 (KG) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 189<br>Hearing Date: November 25, 2014 at 10:00 a.m.<br>Objection Deadline: November 18, 2014 at 4:00 p.m. |

## NOTICE OF HEARING ON APPLICATION

**PLEASE TAKE NOTICE** that on October 22, 2014, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), filed the *APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF EVERCORE GROUP L.L.C. AS INVESTMENT BANKER AND FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION, NUNC PRO TUNC TO SEPTEMBER 17, 2014 AND WAIVING CERTAIN REQUIREMENTS OF LOCAL RULE 2016-2* [Docket No. 189] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").  You are being served a copy of the Application with this notice.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Application must be filed with the Court, at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **NOVEMBER 18, 2014, AT 4:00 P.M. PREVAILING EASTERN TIME**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon:  (i) the Debtors, Attn.: Natalia Alexeeva, 5960 Fairview Road, Suite 400, Charlotte, North Carolina 28210; (ii) counsel for the Debtors (a) Greenberg Traurig, LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801, Attn: Dennis A. Meloro, Esq. and (b) Greenberg Traurig, LLP, 200 Park Avenue, New York, New York 10166, Attn: Maria J. DiConza, Esq.; (iii) counsel to the Indenture Trustee (a) Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, New York 10178, Attn: Glenn E. Siegel, Esq. and James L. Garrity, Jr., Esq. and (b) DLA Piper LLP (US), 1201 N. Market Street, Suite 2100, Wilmington, Delaware 19801, Attn: R. Craig Martin, Esq.; (iv) counsel to Indenture Trustee of the MIG Notes (a) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Gerard Uzzi, Esq. and Bradley Scott Friedman, Esq. and (b) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esq. and Timothy P. Cairns, Esq.; (v) Office of

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: MIG, LLC. (5301)  and ITC Cellular, LLC (4611).

1

the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Jane Leamy, Esq.; and (vi) counsel to the Official Committee of Unsecured Creditors (a) McKenna Long & Aldridge LLP, 303 Peachtree Street, Suite 5300, Atlanta, Georgia 30308, Attn: Henry F. Sewell, Jr., Esq. and (b) Cole Schotz Meisel Forman & Leonard, PA, 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: J. Kate Stickles, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **NOVEMBER 25, 2014 AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

Dated: October 28, 2014					GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
	diconzam@gtlaw.com

*Counsel for the Debtors and Debtors-in-Possession*