IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MIG, LLC and ITC Cellular, LLC, [1] | Case No. 14-11605 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | § | |
| | § | SS: |
| NEW CASTLE COUNTY | § | |

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Debtors in the above-captioned action, and that on the 23rd day of October 2014, she caused copies of following to be served upon the parties on the attached service list via Hand Delivery upon Local Counsel and via First Class Mail on Out of Town Counsel.

- Monthly Operating Report for the Period September 2014 [Docket No. 190]

Dated: October 23, 2014

Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

_____
Notary Public

JASON RAY SPARKLIN
MY COMMISSION
EXPIRES
May 21, 2015
NOTARY PUBLIC
STATE OF DELAWARE

---

[1]    The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: MIG, LLC. (5301) and ITC Cellular, LLC (4611).

DEL 86499287v1

United States Trustee District of Delaware
Office of the United States Trustee
Jane Leamy, Esq.
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

Milbank, Tweed, Hadley & McCloy LLP
Gerard Uzzi, Esq.
Bradley Scott Friedman, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Pachulski Stang Ziehl &Jones LLP
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
           DLA Piper LLP
R. Craig Martin, Esq.
1201 N. Market Street
Suite 2100
Wilmington, DE 19801

Morgan, Lewis & Bockius LLP
Glenn E. Siegel, Esq.
James L. Garrity, Jr., Esq.
101 Park Avenue
New York, NY 10178

McKenna Long & Aldridge LLP
Henry F. Sewell, Jr., Esq.
303 Peachtree Street, Suite 5300
Atlanta GA 30308
Counsel to the Committee

Cole Schotz Meisel Forman & Leonard, PA
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington DE 19801
Counsel to the Committee