# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MIG LLC and ITC Cellular, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-11605 (KG)<br><br>(Jointly Administered)<br><br>Related to Docket No. 693 |

## ORDER PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF THE LAW OFFICES OF HENRY F. SEWELL, JR. LLC AS SUBSTITUTE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JULY 15, 2016

Upon consideration of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case of MIG Company LLC (the "Debtors") for authorization to retain the Law Offices of Henry F. Sewell, Jr. LLC (the "Sewell Firm") to serve as substitute lead counsel for the Committee, *nunc pro tunc* to July 15 2016; and upon consideration of the declaration of Henry F. Sewell, Jr. in support thereof (the "Sewell Declaration"); and the Court being satisfied that the Sewell Firm consists of attorneys who are qualified to represent the Committee in this Chapter 11 case, and that the Sewell Firm does not hold or represent any interest adverse to the estate of the Debtors in the matters for which it is to be employed; and notice of the Application being sufficient; and good cause appearing therefor; it is hereby

It is ORDERED as follows:

1. The Application is granted.

---

[1] The Debtors in these chapter 11 cases, along with the last (4) digits of each Debtor's federal tax identification number, are: MIG, LLC (5301); and ITC Cellular, LLC (4611).

2. Pursuant to sections 328(a) and 1103 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Committee is hereby authorized and empowered to employ and retain the Sewell Firm to serve as its counsel in the above-styled chapter 11 case upon the terms and conditions set forth in the Application and the Sewell Declaration, *nunc pro tunc* to July 15, 2016.

3. The Sewell Firm shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules and Local Rules, and such procedures as may be fixed by order of the Court.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: OCTOBER 20, 2016

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

-2-
53206/0001-13649474v1